IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HSBC BANK USA, NA AS TRUSTEE ON BEHALF OF ACE SECURITIES CORP HOME EQUITY LOAN TRUST AND FOR THE REGISTERED HOLDERS OF ACE SECURITIES CORP HOME EQUITY LOAN TRUST, SERIES 2007-ASAP2, ASSET BACKED PASS-THROUGH CERTIFICATES<br>**Plaintiff,**<br>V.<br>Karen M. McClafferty<br>**Defendants.** | Case No: 1:11-CV-7882<br><br>Judge: John J. Tharp |

## MOTION FOR ENTRY OF JUDGMENT OF FORECLOSURE

NOW COMES the Plaintiff, DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR THE REGISTERED HOLDER OF EQUIFIRST MORTGAGE LOAN TRUST 2005-1 ASSET BACKED CERTIFICATES, SERIES 2005-1, by and through its attorney, Megan Christine Adams, and moves this Honorable Court for Entry of Judgment of Foreclosure. In support thereof, Plaintiff states as follows:

1. On March 11, 2013 the Court entered judgment in favor of the Plaintiff.
2. A Judgment of Foreclosure was never entered and Plaintiff needs that order to proceed with the sale.
3. Plaintiff has previously filed affidavits to support a Judgment of Foreclosure. [ECF #20-1, 21-4]

WHEREFORE, Plaintiff respectfully requests that its Motion for Entry of Judgment of Foreclosure be Granted, that this Court enter a judgment of foreclosure in favor of Plaintiff, enter an award of $178,601.27 as of December 22, 2011, with interest accruing on the unpaid principal balance at $25.46 per day, plus attorney's fees and foreclosure costs of $1,472.00, incurred by the Plaintiff as a result of the foreclosure, and all other relief just and proper.

Respectfully submitted,

*/s/ Megan Christine Adams*
Megan Christine Adams ARDC#6312221
Potestivo & Associates, P.C.
223 West Jackson Blvd, suite 610
Chicago, IL 60601
(312)263-0003